**Jimy Antonio NUNEZ–CASTRO, Petitioner,**

v.

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

No. 10–70028.

United States Court of Appeals, Ninth Circuit.

Argued and Submitted Feb. 14, 2013.

Filed Feb. 21, 2013.

Katharine Jane Galston, Akin Gump Strauss Hauer & Feld LLP, Los Angeles, CA, for Petitioner.

Jimy Antonio Nunez–Castro, Los Angeles, CA, pro se.

Lindsay M. Murphy, Trial, Oil, U.S. Department of Justice, Washington, DC, Chief Counsel Ice, Office of the Chief Counsel, Department of Homeland Security, San Francisco, CA, for Respondent.

---

Before: GOODWIN, KLEINFELD, and SILVERMAN, Circuit Judges.

## MEMORANDUM *

Nunez–Castro petitioned for review of the BIA's decision denying his application for asylum. Prior to oral argument, the government informed the court that Nunez–Castro voluntarily returned to Honduras, which petitioner's counsel did not dispute. Since Nunez–Castro left voluntarily and was not "excluded, deported, or removed," our holding in *Mendez–Alcaraz v. Gonzales,* 464 F.3d 842, 844 (9th Cir.2006), does not apply.

The facts surrounding Nunez–Castro's departure are not in the administrative record, and the BIA never ruled on whether his departure makes this petition moot or abandoned. *See* 8 C.F.R. § 1208.8(a) ("An applicant who leaves the United States without first obtaining advance parole ... shall be presumed to have abandoned his or her application under this section."). We therefore remand to the BIA to consider the legal effect, if any, of Nunez–Castro's departure. *See Fernandez–Ruiz v. Gonzales,* 468 F.3d 1159, 1170 (9th Cir.2006). We express no opinion on the merits of Nunez–Castro's asylum application.

**REMANDED.**

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.